**LYDIE MOULDS AND RON MOULDS**

**VERSUS**

**LOUISIANA STADIUM AND EXPOSITION DISTRICT AND SMG**

\* NO. 2021-CA-0503

\* COURT OF APPEAL

\* FOURTH CIRCUIT

\* STATE OF LOUISIANA

\*

\*

\* \* \* \* \* \* \*

*DNA*   **ATKINS, J., CONCURS IN THE RESULT.**